**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 572 EAL 2018

               Respondent                  :

                                      :    Petition for Allowance of Appeal from

                                      :    the Order of the Superior Court

            v.                            :

                                      :

ALLAN E. SAUERBAUM,               :

                                      :

               Petitioner                 :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 16th day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.